ORIGINAL

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0143

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0143

_____

SHAWN MICHAEL WHITE,

      Petitioner,

v.

GREAT FALLS MUNICIPAL COURT,
HON. ASHLEY WILKINSON, Presiding for
HON. STEVE BOLSTAD,

      Respondents.

_____

FILED

MAY 0 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Shawn Michael White, via pro bono counsel, seeks a writ of supervisory control to reverse the determination of the Great Falls Municipal Court not to appoint counsel for White in his pending criminal matter in its Cause No. TK-2021-3983. After receiving White's Petition, we granted the District Court and the State the opportunity to respond in accordance with M. R. App. P. 14(7).

The State responded to White's petition, alleging that the petition is moot because the Great Falls Municipal Court appointed counsel for White two days after White filed the petition for writ of supervisory control in this Court.

The State is correct that White's petition is moot as the Great Falls Municipal Court appointed counsel to represent him, thereby providing him the precise relief he requested in his petition before this Court.

IT IS THEREFORE ORDERED that the petition for a writ of supervisory control is DENIED and DISMISSED as MOOT.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Great Falls Municipal Court Cause No. TK-2021-3983, the Honorable Ashley Wilkinson, and the Honorable Steve Bolstad.

DATED this 3rd day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices